IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARDS,

      Plaintiff,                  No. CIV S-06-2125 LKK KJM P

    vs.

DR. JAMES, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

                              /

        By an order filed April 6, 2007, plaintiff was ordered to submit $200.00 to the Clerk of the Court for the remainder of the filing fee. Plaintiff has not responded to the court's order and has not submitted the remainder of the filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

/////

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  May 17, 2007.

4  _____
   U.S. MAGISTRATE JUDGE

6  /edwa2125.fifp